**No. 10-7538. James Everett Flood, III, Petitioner v. United States.**

562 U.S. 1118, 131 S. Ct. 846, 178 L. Ed. 2d 575, 2010 U.S. LEXIS 9698.

December 13, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 616 F.3d 321.

■

**No. 10-7544. Jaycee Williams, Jr., Petitioner v. United States.**

562 U.S. 1118, 131 S. Ct. 846, 178 L. Ed. 2d 575, 2010 U.S. LEXIS 9721.

December 13, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 383 Fed. Appx. 927.